IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FAYELYNN SAMS, Individually, )
and on behalf of a class of all others )
similarly situated, )
) Civil Action No. 1:10cv3509
          *Plaintiffs*, )
)
vs. )
)
YAHOO! INC., )
)
          *Defendant*. )
)

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT YAHOO! INC.

Defendant Yahoo! Inc. ("Yahoo") provides its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, as follows:

1.     The undersigned counsel of record for Yahoo! certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

1

Yahoo! Inc.
701 First Avenue
Sunnyvale, CA 94089

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations, having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

> Joshua A. Millican
> LAW OFFICES OF JOSHUA A. MILLICAN, P.C.
> 44 Broad Street NW
> Suite 607
> Atlanta, GA 30303
>
> Anthony J. Morgese
> MORGESE LAW FIRM
> 3233 S. Cherokee Lane
> Building 1000
> Woodstock, GA 30188

For Defendant:

Jeanine G. Garvie
Candice Wilson
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree St. NE
Suite 5300
Atlanta, GA 30308

Christian S. Genetski
Marc Zwillinger (application for *pro hac vice* admission anticipated)
Jacob Sommer (application for *pro hac vice* admission anticipated)
ZWILLINGER GENETSKI LLP
1705 N Street NW
Washington, DC 20036

Respectfully submitted, this 29th day of October, 2010.

/s/ Jeanine G. Garvie
Jeanine G. Garvie, Esq.
Georgia Bar No. 292590
Candice Wilson, Esq.
Georgia Bar No. 118221
MCKENNA LONG & ALDRIDGE LLP
303 Peachtree St. NE
Suite 5300
Atlanta, Georgia 30308
Phone: (404) 527-4000
Fax: (404) 527-4198
jgarvie@mckennalong.com
cvwilson@mckennalong.com

Christian S. Genetski, Esq.
Georgia Bar No. 789715
ZWILLINGER GENETSKI LLP
1705 N Street, NW
Washington, D.C. 20036
Phone: (202) 296-3585

Fax: (202) 706-5298
christian@zwillgen.com

*Attorneys for Defendant Yahoo! Inc.*

## CERTIFICATE OF SERVICE

The attorney whose signature appears below certifies that she has this day served upon Plaintiff the Certificate of Interested Persons and Corporate Disclosure Statement to which this Certificate is attached by having caused to be deposited in the United States Mail first class mail in a properly addressed envelope with adequate postage affixed, a copy of the Certificate of Interested Persons and Corporate Disclosure Statement addressed as follows:

>Joshua A. Millican
>Law Offices of Joshua A. Millican, P.C.
>44 Broad Street NW
>Suite 607
>Atlanta, GA 30303
>(404) 522-1152

>Anthony J. Morgese
>Morgese Law Firm
>3233 S. Cherokee Lane
>Building 1000
>Woodstock, GA 30188
>(770) 517-6711

This 29th day of October, 2010.

>/s/ Jeanine G. Garvie
>Jeanine G. Garvie
>Georgia Bar No. 292590