1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4    FAYELYNN SAMS,                                    No. C 10-05897 TEH

5              Plaintiff,                              **Clerk's Notice
                                                       Scheduling Case**
6       v.                                             **Management Conference
                                                       on Reassignment**
7    YAHOO! INC,

8              Defendant.
                                    /
9

10   (Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on
     the attached certificate of service)
11

12   YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for

13   **Monday, 4/11/2011** at **1:30 PM** before the Honorable Thelton E. Henderson upon reassignment.

14   Please report to Courtroom 12, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate

15   Avenue, San Francisco, CA 94102. Not less than 7 days prior, counsel shall submit a joint case

16   management conference statement.

17

18   For a copy of Judge Henderson's Standing Order and other information, please refer to the Court's

19   website at **www.cand.uscourts.gov**. All pending motions will be taken off-calendar and

20   must be re-noticed for a Monday morning at 10:00 AM. If the opposition to a pending motion has

21   already been filed, then the re-noticed date must be at least three weeks from the date of this Clerk's

22   Notice. If the opposition has not yet been filed, then the re-noticed date must be at least five weeks

23   from the date of this Clerk's Notice. The due date for any opposition or reply papers not yet filed

24   shall be calculated in accordance with Civil Local Rule 7-3 and based on the re-noticed hearing date.

25

26   Dated: January 12, 2011                                      FOR THE COURT,

27                                                       Richard W. Wieking, Clerk

                                                         By:_____
28                                                          Tana Ingle
                                                            Deputy Clerk

**United States District Court**
For the Northern District of California