UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAYELYNN SAMS,<br>  Plaintiff,<br>V.<br>YAHOO! INC.,<br>  Defendant. | Case Number CV-10-5879-JF<br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on April 29, 2011 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

February 22, 2011                         For the Court
                                          Richard W. Wieking, Clerk

                                          By:   /s/
                                          Diana Munz
                                          Courtroom Deputy Clerk