**RECEIVED**

MAR 0 4 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fayelynn Sams, on behalf of herself and a class of all others similarly situated | CASE NO. 3:10-CV-05897-JF |
| Plaintiff, | ~~(Proposed)~~ **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| v. | |
| Yahoo! Inc. | |
| Defendant. | |

Marc J. Zwillinger                              , whose business address and telephone number is

Zwillinger Genetski LLP, 1705 N St NW, Washington, DC 20036, (202) 706-5202

and who is an active member in good standing of the bar of the State of Illinois and of D.C.

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Yahoo!, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  3/11/11

_____
United States District      Judge