UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAYELYNN SAMS, Individually, and on behalf of a class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YAHOO! INC.,<br><br>Defendant. | Case No. 5:10-CV-05897-JDF<br><br>**DECLARATION OF JULIE FORD-TEMPESTA** |

I, Julie Ford-Tempesta, under penalty of perjury, hereby declare and say:

1. I am over the age of eighteen (18) years and am fully competent to sign this declaration, and I have personal knowledge of the facts stated herein.

2. I have been employed by Yahoo!, Inc. as the Director of Real Estate and Workplace Global Platforms, the division of Yahoo! responsible for leasing office space and tracking employee occupancy, since December 19, 2005.

3. As a function of my duties as Director, I am familiar with Yahoo!'s office occupancy and real estate leases.

4. On November 24, 1999, Yahoo! signed a lease for office space at 3715 Northside Parkway N.W., Building 300, Suite 800, Atlanta, GA 30327. The lease commenced on January 28, 2000.

5. Since then, the lease for the Atlanta office space has been amended three times to extend the term.

6. The most recent amendment, executed on July 22, 2010, extended Yahoo!'s Atlanta lease until June 30, 2016.

7. Yahoo!'s employees have maintained a continuous presence within this Atlanta office space since January 2000.

1  I declare under penalty of perjury under the laws of the United States of America that the foregoing
2  is true and correct.
3
4  Executed this 12th day of April, 2011 at Santa Clara County, California.
5
6  *[signature]*
7  Julie Ford-Tempesta

-2-

Case No. 5:10-CV-05897-JDF
*Declaration of Julie Ford-Tempesta*