1  Michael Testerman (CA Bar No. 146407)
   Executive Director, Administrative Services,
   California District Attorneys Association          **E-Filed 4/26/2011**
2  921 11th St., Suite 300
3  Sacramento, CA  95814
   (916) 443-2017
4

5  Attorney for *Amicus Curiae*
   National District Attorney's Association
6

7              UNITED STATES DISTRICT COURT

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  _____
                                          ) Case No.5:10-CV-05897-JF
10 FAYELYNN SAMS, Individually,           )
   and on behalf of all others            ) **AMENDED [PROPOSED] ORDER**
                                          ) **GRANTING LEAVE TO FILE BRIEF**
   similarly situated.                    ) **OF *AMICUS CURIAE* NATIONAL**
                                          ) **DISTRICT ATTORNEYS**
11                      Plaintiffs,        ) **ASSOCIATION IN SUPPORT OF**
                                          ) **DEFENDANT YAHOO! INC.'S**
12              v.                         ) **MOTION FOR SUMMARY**
                                          ) **JUDGMENT ON FED. R. CIV.**
13 YAHOO! INC.,                           ) **P. 12(b)(6)**
                                          )
14                      Defendant.         ) Date:   April 29, 2011
                                          ) Time:   9:00 a.m.
15                                        ) Courtroom 3
   _____)
16

17     Having considered the Motion for Leave to file Brief of *Amicus Curiae*

18 National District Attorneys Association ("NDAA") in Support of Defendant

19                                    -1-
   _____
   [PROPOSED] ORDER ON MOTION FOR LEAVE TO FILE BRIEF OF *AMICUS CURIAE* NDAA IN SUPPORT OF
   DEFENDANT YAHOO! INC.'S MOTION FOR SUMMARY JUDGMENT ON FED. R. CIV. P. 12(b)(6)

1    YAHOO! Inc.'s Amended Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6).

2    and good cause appearing therefore, the motion is GRANTED.

3       IT IS SO ORDERED.

4

   DATED: ___4/26/2011_____       _____

5                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18                          -2-