UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAMS,<br>                Plaintiff,<br>V.<br>YAHOO!,<br>                Defendant. | Case Number CV-10-5897-JF<br><br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on July 15, 2011 at 10:30 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

May 23, 2011                            For the Court
                                                Richard W. Wieking, Clerk

                                                By:  /s/
                                                Diana Munz
                                                Courtroom Deputy Clerk