UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FAYELYNN SAMS, Individually, and on behalf of a class of all others similarly situated,<br><br>            Plaintiffs,<br><br>v.<br><br>YAHOO! INC.,<br>            Defendant. | Case No. 5:10-CV-05897-JF<br><br>**[Proposed] ORDER GRANTING UNOPPOSED MOTION FOR ENTRY OF JUDGMENT FOR FAILURE TO AMEND AFTER GRANTING OF DEFENDANT'S MOTION TO DISMISS IN FAVOR OF YAHOO!** |

      Pursuant to this Court's ruling of May 16, 2011 granting defendant Yahoo!'s Motion to Dismiss, allowing Plaintiff thirty (30) days to amend and Plaintiff's failure to amend by the stated deadline,

IT IS HEREBY ORDERED THAT judgment be entered in favor of defendant Yahoo!, this matter be dismissed, and the Case Management Conference currently set for July 15, 2011 be taken off calendar.


Dated: July \_\_\_\_, 2011                THE HONORABLE JEREMY FOGEL
                                                    UNITED STATES DISTRICT COURT JUDGE


                              Signature: _____